# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-03161 DDP (RZx) | Date | November 27, 2013 |

Title   PATRICE GILLETTE, an individual, on behalf of herself and all others similarly situated -V- PEERLESS INSURANCE COMPANY, a New Hampshire Company qualified to do business in California

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

### MINUTE ORDER (IN CHAMBERS)

    Plaintiff's Ex Parte Application (DOCKET NUMBER 22) involves issues not briefed by either party and better addressed in a regularly noticed motion, including the scope of any potential fiduciary duties and the relationship between the Severance Plan administrator and the parties here.  See Mission Power Eng'g v. Cont'l. Cas. Co., 883 F. Supp. 488 (C.D. Cal. 1995).  While the court is concerned by the proportion of putative class members who have signed general releases, there is no evidence to suggest that any signatory feels misled or now wishes to revoke his or her assent.  Furthermore, in light of the typographical error contained in the severance agreements, Defendant has represented that it will consider the agreements void.  Accordingly, Plaintiff's Application is DENIED, without prejudice.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |